**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

THOMAS MICHAEL LISOWSKY,
     Plaintiff,

v.

DISCOVER BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,
     Defendants.

_____/

Case No.: 1:26-cv-21631-RKA

**PLAINTIFF'S NOTICE OF FILING PROPOSED SUMMONS FOR ISSUANCE BY THE
CLERK AS TO DEFENDANT TRANS UNION LLC**

Plaintiff, THOMAS MICHAEL LISOWSKY, by and through undersigned counsel,
hereby files the attached proposed summons (Form AO 440) and respectfully requests that the
Clerk of Court issue the summons as to Defendant TRANS UNION LLC, added as a party
defendant by Plaintiff's First Amended Complaint, filed July 2, 2026 pursuant to the Court's
Order granting leave to amend [DE 28].

Attachment: Proposed Summons (AO 440) — Trans Union LLC

Respectfully submitted,

**VINDEX PRIVATUS, PLLC**

By: /s/ David Cruz
   David Cruz, Esq.
   Florida Bar No. 1006812
   2525 Ponce de Leon Blvd, Suite 300
   Coral Gables, FL 33134
   Tel: (786) 626-8113 | david@vindexprivatus.com
   Counsel for Plaintiff