## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:26-cv-21631-RKA

THOMAS MICHAEL LISOWSKY,

    Plaintiff,

v.

DISCOVER BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,

    Defendants.

_____/

### PLAINTIFF'S NOTICE OF FILING CORRECTED PROPOSED SUMMONS

Plaintiff, THOMAS MICHAEL LISOWSKY, by and through undersigned counsel and pursuant to the Clerk's Notice of July 6, 2026 (advising that summons(es) would not issue because the AO 440 (Rev. 06/12) form was not used), hereby files the attached corrected proposed summons, prepared on official form AO 440 (Rev. 06/12), directed to Defendant TRANS UNION LLC, added by Plaintiff's Amended Complaint.

Exhibit A — Proposed Summons (AO 440, Rev. 06/12) directed to Trans Union LLC.

Respectfully submitted,

VINDEX PRIVATUS, PLLC
By: /s/ David Cruz
    David Cruz, Esq.
    Florida Bar No. 1006812
    2525 Ponce de Leon Blvd, Suite 300
    Coral Gables, FL 33134
    Tel: (786) 626-8113
    Email: david@vindexprivatus.com
    Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2026, the foregoing was filed with the Clerk of Court via CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

/s/ David Cruz
David Cruz, Esq.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida  ⊙

| | |
|---|---|
| THOMAS MICHAEL LISOWSKY | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No. **1:26-cv-21631-RKA** |
| DISCOVER BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  TRANS UNION LLC
555 West Adams Street
Chicago, Illinois 60661

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Cruz, Esq.
VINDEX PRIVATUS, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, FL 33134
(786) 626-8113 | david@vindexprivatus.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____        _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-21631-RKA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


**Print**    **Save As...**    **Reset**